UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN S. ESCHELBACH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAYMIE DONS II, et al.,<br><br>　　　　Defendants. | Case No.: 2:24-cv-02131-RFB-NJK<br><br>**ORDER** |

On April 15, 2025, the Court issued an order screening Plaintiff's complaint under 42 U.S.C. § 1983 and staying the case so that the parties could participate in the Court's Inmate Early Mediation Program. Docket No. 3. However, the Court's order came back as undeliverable with a notation that Plaintiff is on parole. Docket Nos. 5, 6. Under Local Rule IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. . . Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **May 19, 2025**, Plaintiff must file his updated address with the Court. If Plaintiff does not file his updated address by that deadline, this case will be subject to dismissal without prejudice. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number.

IT IS SO ORDERED.

DATED: April 18, 2025.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE